FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FEB 1 2 2008

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. __2:08cr36-MHT__ |
| | ) | [17 USC § 506(a)(1)(A); |
| PAUL DENNIS LUCAS | ) | 18 USC § 2319(b)(1)] |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

From a time unknown to the grand jury and continuing until on or about May 18, 2007, in Montgomery County, within the Middle District of Alabama,

PAUL DENNIS LUCAS,

defendant herein, for purposes of commercial advantage and private financial gain did knowingly and willfully infringe the copyrights of various sound recordings by reproducing and distributing within a 180-day period more than 500 copies of various copyrighted musical works, which have a total retail value of more than $2,500, without the authorization of the copyright holders. All in violation of Title 17, United States Code, Section 506(a)(1)(A), and Title 18, United States Code, Section 2319(b)(1).

## COUNT 2

From a time unknown to the grand jury and continuing until on or about May 18, 2007, in Montgomery County, within the Middle District of Alabama,

PAUL DENNIS LUCAS,

defendant herein, for purposes of commercial advantage and private financial gain did knowingly and willfully infringe the copyrights of various audiovisual recordings by reproducing

1

and distributing within a 180-day period more than 1,000 copies of various copyrighted motion pictures, which have a total retail value of more than $2,500, without the authorization of the copyright holders. All in violation of Title 17, United States Code, Section 506(a)(1)(A), and Title 18, United States Code, Section 2319(b)(1).

FORFEITURE ALLEGATION

A.   Counts 1 and 2 of this indictment are incorporated herein by reference.

B.   Upon conviction for the violation as alleged in Counts 1 and 2 of this indictment, the defendant,

PAUL DENNIS LUCAS,

shall forfeit to the United States, pursuant to Title 17, United States Code, Section 506(b); Title 17, United States Code, Section 509; and Title 28, United States Code, Section 2461(c), all infringing copies of phonorecords and all implements, devices, or equipment used in the manufacture of such infringing copies or phonorecords.

C.   If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant,

(1)   cannot be located upon the exercise of due diligence;

(2)   has been transferred, sold to, or deposited with a third person;

(3)   has been placed beyond the jurisdiction of the court;

(4)   has been substantially diminished in value; or

(5)   has been commingled with other property which cannot be divided without difficulty; the United States intends to seek an order of this Court forfeiting any other property of said defendant up to the value of any property described in paragraph B above.

All in violation of Title 17, United States Code, Section 506(b).

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
Tommie Brown Hardwick
Assistant United States Attorney

*[signature]*
Nathan D. Stump
Assistant United States Attorney