IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED FEB 12 2008
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

RECEIVED
2008 JUN -9 A 10: 58
CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:08cr3  -MHT |
| ) | [17 USC § 506(a)(1)(A); |
| PAUL DENNIS LUCAS ) | 18 USC § 2319(b)(1)] |
| ) | |
| ) | INDICTMENT     4:08mj 130 |

The Grand Jury charges:

## COUNT 1

From a time unknown to the grand jury and continuing until on or about May 18, 2007, in Montgomery County, within the Middle District of Alabama,

**PAUL DENNIS LUCAS,**

defendant herein, for purposes of commercial advantage and private financial gain did knowingly and willfully infringe the copyrights of various sound recordings by reproducing and distributing within a 180-day period more than 500 copies of various copyrighted musical works, which have a total retail value of more than $2,500, without the authorization of the copyright holders. All in violation of Title 17, United States Code, Section 506(a)(1)(A), and Title 18, United States Code, Section 2319(b)(1).

## COUNT 2

From a time unknown to the grand jury and continuing until on or about May 18, 2007, in Montgomery County, within the Middle District of Alabama,

**PAUL DENNIS LUCAS,**

defendant herein, for purposes of commercial advantage and private financial gain did knowingly and willfully infringe the copyrights of various audiovisual recordings by reproducing

1

Case 2:08-cr-00036-MHT-WC   Document 4   Filed 06/09/2008   Page 2 of 12

May-13-2008 03:34pm   From-JUDGE JOHN D. LOVE            9035901168        T-303   P.003/004   F-536
Case 4:08-mj-00130-DDB   Document 1   Filed 05/13/2008   Page 2 of 3

and distributing within a 180-day period more than 1,000 copies of various copyrighted motion pictures, which have a total retail value of more than $2,500, without the authorization of the copyright holders. All in violation of Title 17, United States Code, Section 506(a)(1)(A), and Title 18, United States Code, Section 2319(b)(1).

### FORFEITURE ALLEGATION

A.  Counts 1 and 2 of this indictment are incorporated herein by reference.

B.  Upon conviction for the violation as alleged in Counts 1 and 2 of this indictment, the defendant,

PAUL DENNIS LUCAS,

shall forfeit to the United States, pursuant to Title 17, United States Code, Section 506(b); Title 17, United States Code, Section 509; and Title 28, United States Code, Section 2461(c), all infringing copies of phonorecords and all implements, devices, or equipment used in the manufacture of such infringing copies or phonorecords.

C.  If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant,

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred, sold to, or deposited with a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be divided without difficulty; the United States intends to seek an order of this Court forfeiting any other property of said defendant up to the value of any property described in paragraph B above.

All in violation of Title 17, United States Code, Section 506(b).

2

Case 2:08-cr-00036-MHT-WC   Document 4   Filed 06/09/2008   Page 3 of 12
May-13-2008 03:35pm   From-JUDGE JOHN D LOVE         9035901168        T-303   P.004/004   F-536
Case 4:08-mj-00130-DDB   Document 1   Filed 05/13/2008   Page 3 of 3

A TRUE BILL:

*[signature]*
Foreperson

*[signature]*
Tommie Brown Hardwick
Assistant United States Attorney

*[signature]*
Nathan D. Stump
Assistant United States Attorney

3

DATE: 5/20/08
LOCATION: Tyler
JUDGE: Love
DEP. CLERK: M. Morris
RPTR/ECRO: M. Morris
USPO: Paul Hennon
INTERPRETER: —
TIME: 3:21 pm

CASE NUMBER: 4:08-mj-130

USA vs. Paul Lucas
Randy Blake / Denise Benson

- ☒ kia ..... INIT APPEARANCE (Rule 5) MD/AL   ☐ kprlxm ... PRELIMINARY HRG   ☐ krmvhrg .. REMOVAL HRG
- ☐ ksia .... SUBSEQUENT INIT APPEARANCE ON: _____
- ☐ kdtnhrg .. DETENTION HRG   ☐ kevidhrg .. EVIDENTIARY HRG   Other ....

☒ Hearing Called   ☒ Hearing Held

☒ Dft ☐ Prob violator ☐ Super Rel violator appears: ☐ with ☒ w/o cnsl ☐ pro se ☐ Cnsl appears on behalf of deft
Appears on: ☐ Complaint ☒ Indictment ☐ Information ☐ Violation of probation ☐ Violation of release
MD/AL

☐ kwv indi.     Dft files Waiver of Indictment;     ☐ Dft advised of right to grand jury consideration
☐ kinfo.fel.   Information (felony)  ☐ kinfo.misd .. Information (misdemeanor)  ☐ ksl.info ... Information (sealed)
☐ kindiuns.    Indictment unsealed  ☐ kinfo.uns ... Information unsealed  ☐ kcmpuns .. Complaint unsealed

☒ kars...     Date of arrest: 5/20/08     or ☐ karsr40. (dist & case #) _____

☒ ... Dft   ☒ advised of charges    ☒ advised of maximum penalties    ☒ advised of right to remain silent;
            ☒ advised of right to counsel   ☐ advised of right to Prel. Hrg.   ☐ advised of right to waive Prel. Hrg.
☐ kwvprl..  Waiver of Preliminary Hrg   ☒ kwvr40hrg. Waiver of Rule 40 Hrg   ☒ Advised of Rule 20

☒ kcnsl..   Dft first appearance with counsel ☐ CJA ☐ Ret. ☒ USPD (Do Not Docket in Mag. Case - Without Consent)

☐ .. Dft     advises the Court that he/she ☐ has counsel who is _____ or, ☐ will hire counsel.
☐ ..         If dft cannot retain counsel, the court is to be advised within ___ days so counsel may be appointed.
☒ ..Dft      Requests appointed counsel, is sworn & examined re: financial status.
☐ kfinaff.   Financial affidavit executed by dft. The court finds the defendant ☐ able ☒ unable to employ counsel.
☐ ko..       _____ appointed ☒ koapptpd. U.S. Pub Defender Denise Benson appointed
☐ kdaddatty  _____

☐ kgmdtn..   Gvt motion for dtn  ☐ kgm ...   Gvt m/cont dtn hrg.
☒ kbnd...   Dft bond ☒ set ☐ reset  to $_____   ☒ PR   ☐ unsecured
☐ ..         Bond continued ☐ previous bond $ _____ type _____ ☐ other case No. _____
☒ kocondrls. Order setting conditions of release ☒ Bond executed, dft released;  ☐ ko... Not executed at this time
☐ Government withdrew Motion for Detention

☐ kotmpdtn.  Temp Detention Pndg Hearing
☐ kodtn..    Order of Detention
☐ kwvprl.    Dft waived detention hearing
☐ Dft remanded to custody of U.S. Marshal

A TRUE COPY I CERTIFY
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BY: _____

☐ dtnhrgddl.  Detention Hrg set for _____   ☐ krmvhrg.  Removal Hearing set for _____
☐ arrddl..    Arraignment set for _____     ☐ kprlxm.   Preliminary Exam set for _____

☐ ........   Court finds probable cause   ☐ exists   ☐ does not exist   ☐ See Page 2

Page 2

☐ karr...   ☐ Arraignment on:   ☐ INFORMATION   ☐ INDICTMENT   ☐ RULE 20
held on counts ☐ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10 ☐ 11 ☐ 12
☐ all counts; other counts _____

☐ Dft ☐ Prob violator ☐ Super Rel violator appears: ☐ with ☐ w/o cnsl ☐ pro se ☐ Cnsl appears on behalf of deft
☒ ...Dft    ☒ sworn    ☐ physically/mentally ready    ☐ name spelled
☐ received copy of charges   ☐ discussed charges with counsel   ☐ charges read
☐ waived reading of charges;   ☐ No pressure to plead
☐ advised of alternate sentencing under Youth Corrections Act;

☐ kconsmagtrl.   Consent to trial before U.S. Magistrate Judge
☐ kpl. ...   Dft enters a plea of: ☐ no contest
to violation

*The dft is to appear at the Middle District of Alabama in Montgomery on 6/11/08 @ 9:30 before Judge Moorer for his arraignment.*

ADJOURN 3:34 pm

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

UNITED STATES OF AMERICA §
§
vs. §   CASE NO. 4:08MJ130
§
PAUL DENNIS LUCAS

## ORDER APPOINTING COUNSEL PURSUANT TO THE CRIMINAL JUSTICE ACT

The Court has determined that the above-named Defendant is financially unable to obtain adequate representation in the above-styled case, and is otherwise qualified for appointment of counsel. Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

### APPOINTMENT OF COUNSEL

__√__ The Federal Public Defender is appointed as counsel for Defendant.

_____ _____, a member of the Criminal Justice Act Panel of this District, is appointed as counsel.

_____ The Court determines that Defendant shall reimburse the Government for all attorney fees and costs incurred due to the appointment of counsel for his defense.

_____ The Court determined Defendant may have funds to contribute to the cost of appointed counsel. The United States Attorney shall investigate to determine if funds exist and submit a report to the Court outlining the amount and method of payment which Defendant should be required to pay toward his defense.

### TYPE OF APPOINTMENT

| | | | |
|---|---|---|---|
| _____ | Through trial and <u>notice</u> of appeal. | _____ | Probation/Supervised Release Violation |
| _____ | All purposes including trial and appeal | _____ | Material/Grand Jury Witness |
| _____ | Initial appearance and bond only | _____ | Parole Violation |
| _____ | Appeal purposes only | _____ | Mental Hearing (18 U.S.C. § 313) |
| _____ | Habeas corpus | _____ | Rule 5(c) Proceedings in this District |

_____ Defendant is not eligible for appointment of counsel under 18 USC § 3006A, but he is entitled to an immediate hearing and it is in the interest of justice that Defendant be afforded the assistance of counsel; so the Federal Public Defender is temporarily appointed for that purpose

It is SO ORDERED.

SIGNED this 21st day of May, 2008.

JOHN D. LOVE
US MAGISTRATE JUDGE

A TRUE COPY I CERTIFY
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

May-21-2008 15:46 Case 4:08-mj-00130-DDB Document 4 9035001169 05/21/2008 T-380 P.001/003 F-683
May-21-2008 01:57pm From-JUDGE JOHN D LOVE 9035001169 T-332 P.001 F-594

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NO. 4:08MJ130 |
| PAUL DENNIS LUCAS | § § | |

## WAIVER OF RIGHTS AND CONSENT TO PROCEED BY VIDEO CONFERENCE

I, PAUL DENNIS LUCAS, the above named defendant, who is accused of infringe copyrights of various sound recordings, et al, and being advised of the nature of the charges against me, hereby voluntarily waive any and all rights I may have pursuant to the Confrontation Clause of the Sixth Amendment to the United States Constitution and pursuant to Fed. R. Crim. P. 43 and 11 and consent to proceed by video conference in the

(X)  initial appearance
( )  arraignment;
( )  taking of my guilty plea to the charges described above;
( )  final pretrial hearing and jury trial scheduling hearing;
( )  sentencing hearing

Executed this the 21ST day of May, 2008.

X _Paul D. Lucas_

_Denise D. Benson_
Attorney for Defendant

_____
JOHN D. LOVE
US MAGISTRATE JUDGE

A TRUE COPY I CERTIFY
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
By: _____

Received May-21-2008 13:47 From-9035001169 To-Magistrate Judge Don Page 001

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NO. 4:08MJ130 |
| PAUL DENNIS LUCAS | § § | |

### WAIVER OF RIGHTS AND CONSENT TO PROCEED BY VIDEO CONFERENCE

I, PAUL DENNIS LUCAS, the above named defendant, who is accused of infringe copyrights of various sound recordings, et al, and being advised of the nature of the charges against me, hereby voluntarily waive any and all rights I may have pursuant to the Confrontation Clause of the Sixth Amendment to the United States Constitution and pursuant to Fed. R. Crim. P. 43 and 11 and consent to proceed by video conference in the

(X)   initial appearance

( )   arraignment;

( )   taking of my guilty plea to the charges described above;

( )   final pretrial hearing and jury trial scheduling hearing;

( )   sentencing hearing

Executed this the 21st day of May, 2008.

_____

_/s/ John D. Love_
JOHN D. LOVE
US MAGISTRATE JUDGE

_____
Attorney for Defendant

Case 2:08-cr-00036-MHT-WC   Document 4   Filed 06/09/2008   Page 9 of 12

May-21-2008  15:47  From-Magistrate Judge Don Bush     9035982067    T-385  P.003/003  F-683
Case 4:08-mj-00130-DDB  Document 5  Filed 05/21/2008  Page 1 of 1
May-21-2008  01:57pm  From-JUDGE JOHN D LOVE   9035901168   T-332  P.002  F-887

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

__Eastern__ DISTRICT OF __Texas__

UNITED STATES OF AMERICA

v.

__PAUL DENNIS LUCAS__
Defendant

WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint /Indictment)

CASE NUMBER: 4:08MJ 130

CHARGING DISTRICTS
CASE NUMBER: :08cr36

I understand that charges are pending in the _____ District of _____

alleging violation of __infringe copyrights of various sound recordings, et al__ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1)
retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)
an identity hearing to determine whether I am the person named in the charges;

(3)
a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; or

(4)
Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(X) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

5/21/08
Date

X _Paul D. Lucas_
Defendant

_Denise P. Benson_
Defense Counsel

A TRUE COPY I CERTIFY
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

BY: _[signature]_

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

UNITED STATES OF AMERICA
v.

§ Case No. : 4:08MJ130
§ Charging District Case No. 2:08cr36
§
§
PAUL DENNIS LUCAS                §

ORDER HOLDING DEFENDANT TO ANSWER AND TO APPEAR
IN DISTRICT OF PROSECUTION OR
DISTRICT HAVING PROBATION JURISDICTION

The defendant having appeared before this Court pursuant to Rule 5(c) Fed. R. Crim. P., and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the Middle District of Alabama, Northern Division ;and shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) _June 11, 2008 at 9:30a.m._

Date:

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE

A TRUE COPY I CERTIFY
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
By _____

CLOSED

# U.S. District Court [LIVE]
## Eastern District of TEXAS (Sherman)
## CRIMINAL DOCKET FOR CASE #: 4:08-mj-00130-DDB-1
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Lucas | Date Filed: 05/13/2008 |

Assigned to: Magistrate Judge Don D. Bush

**Defendant (1)**

| | |
|---|---|
| Paul Dennis Lucas | represented by **Denise S Benson**<br>Federal Defender's Office<br>1800 Teague<br>Suite 204<br>Sherman, TX 75090<br>903/8924448<br>Fax: 903-892-4808<br>Email: denise_benson@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

A TRUE COPY I CERTIFY
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

**Plaintiff**

USA                                  represented by    **Randall A Blake**
                                                       U S Attorney's Office - Sherman
                                                       1800 Teague Dr
                                                       Suite 500
                                                       Sherman, TX 75090
                                                       903-868-9454
                                                       Fax: 19038922792
                                                       Email: randall.blake@usdoj.gov
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/13/2008 | 1 | Received a copy of the Indictment and Warrant for Arrest from the Middle District of Alabama as to Paul Dennis Lucas (Attachments: # 1 Warrant for Arrest) (pad, ) (Entered: 05/13/2008) |
| 05/20/2008 | 3 | Minute Entry for proceedings held before Magistrate Judge John D. Love:Initial Appearance in Rule 5(c)(3) Proceedings as to Paul Dennis Lucas held on 5/20/2008. Defendant is to appear at the Middel District of Alabama in Montgomery on 6/11/08 @ 9:30 am before U. S. District Judge Moorer for his arraignment. (Court Reporter M Morris, ECRO.) (snh, ) (Entered: 05/23/2008) |
| 05/21/2008 | 2 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Paul Dennis Lucas Denise S Benson for Paul Dennis Lucas appointed.. Signed by Magistrate Judge John D. Love on 5/21/08. (snh, ) (Entered: 05/23/2008) |
| 05/21/2008 | 4 | WAIVER of Rights and Consent to Proceed by video conference by Paul Dennis Lucas (snh, ) (Entered: 05/23/2008) |
| 05/21/2008 | 5 | WAIVER of Rule 5(c)(3) Hearing by Paul Dennis Lucas (snh, ) (Entered: 05/23/2008) |
| 05/21/2008 | 6 | ORDER Holding Defendant to Answer and To Appear in District of Prosecutio or District Having Probation Jurisdiction as to Paul Dennis Lucas. Signed by Magistrate Judge John D. Love on 5/21/08. (snh, ) (Entered: 05/23/2008) |
| 05/21/2008 | 7 | E-GOV SEALED Personal Recognizance Bond Entered as to Paul Dennis Lucas (snh, ) (Entered: 05/23/2008) |
| 05/23/2008 | 8 | E-GOV SEALED ORDER Setting Conditions of Release. Signed by Magistrate Judge John D. Love on 5/23/08. (snh, ) (Entered: 05/23/2008) |
| 06/05/2008 | 9 | LETTER NOTICE to U.S. District Clerk of Middle District of Alabama re: Paul Dennis Lucas, docket and documents enclosed. (snh, ) (Entered: 06/05/2008) |