IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:08cr36-MHT |
| | ) | |
| PAUL DENNIS LUCAS | ) | |

## ORDER

For good cause, it is

ORDERED the Clerk shall appoint the Public Defender to represent the defendant for all further proceedings. The Public Defender shall file a notice of appearance in the above-styled case.

IT IS FURTHER ORDERED that arraignment for this defendant be and is hereby set for before United States Magistrate Judge Terry F. Moorer on June 11, 2008 at 9:30 a.m. in Courtroom 4-A, Frank M. Johnson, Jr. Federal Building and United States Courthouse, One Church Street, Montgomery, Alabama and that the defendant be present at the arraignment.

Done this 10th day of June, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE

Case 2:08-cr-00036-MHT-WC    Document 6    Filed 06/10/2008    Page 2 of 2