IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No.: 2:08-CR-36-MHT |
| ) | |
| PAUL DENNIS LUCAS ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Danielle W. Mason, and enters her appearance on behalf of Defendant, **Paul Dennis Lucas,** in the above-styled case.

Dated this 17th day of June, 2008.

                              Respectfully submitted,

                              s/ Danielle W. Mason
                              DANIELLE W. MASON
                              Federal Defenders
                              201 Monroe Street, Suite 407
                              Montgomery, Alabama 36104
                              Phone: (334) 834-2099
                              Fax: (334) 834-0353
                              E-mail: daniell_mason@fd.org
                              ASB-6763L75M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:08-CR-36-MHT |
| ) | |
| PAUL DENNIS LUCAS ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that on June 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Nathan D. Stump, Esq., Assistant U. S. Attorney.

    Respectfully submitted,

    s/ Danielle W. Mason
    DANIELLE W. MASON
    Federal Defenders
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: danielle_mason@fd.org
    ASB-6763L75M