IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA            )
                                    )
        v.                          )  CASE NO: 2:08cr36-MHT
                                    )
PAUL DENNIS LUCAS                   )

## **ORDER**

Upon consideration of Defendant's Motion to Suppress (Doc. #12), it is

ORDERED that a hearing in this cause be set for July 31, 2008, at 9:00 a.m. in

Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, One Church Street,

Montgomery, Alabama.  It is further

ORDERED that the Government shall file their response to the motion **on or before**

**July 30, 2008**.

The Clerk is directed to provide a court reporter for this proceeding.

DONE this 25th day of July, 2008.

                            /s/ Wallace Capel, Jr.
                            WALLACE CAPEL, JR.
                            UNITED STATES MAGISTRATE JUDGE