IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:08-CR-36-MHT |
| | ) | |
| PAUL DENNIS LUCAS | ) | |

## MOTION FOR TRANSPORTATION TO COURT PROCEEDINGS

**COMES NOW** the defendant, Paul D. Lucas, by and through undersigned counsel, Danielle W. Mason, and moves this Court to order the United States Marshals to coordinate transportation to Montgomery for pending court proceedings pursuant to 18 U.S.C. § 4285. In support of this motion, undersigned counsel submits the following:

1. On or about February 12, 2008, an indictment was filed charging Mr. Lucas with two counts of copyright infringement in violation of Title 17 United States Code, Section 506(a)(1)(A) and Title 18, United States Code, Section 2319(b)(1).

2. On July 11, 2008, Mr. Lucas personally appeared in this Court and was arraigned in accordance with the Federal Rules of Criminal Procedure. Mr. Lucas was released on bond.

3. On Thursday, July 24, 2008, undersigned counsel filed a Motion to Suppress in compliance with this Court's Order on Arraignment. This Court ordered a hearing on the motion on Friday, July 25, 2008.

4. It is necessary for Mr. Lucas to be present for his hearing, however, Mr. Lucas is financially unable to provide the necessary transportation on his own.

5. Pursuant to Title 18 of the United States Code, section 4285,

> "[a]ny judge or magistrate judge of the United States. . .may, when the interests of justice would be served thereby and the United States

      judge or magistrate judge is satisfied, after appropriate inquiry, that the defendant is financially unable to provide the necessary transportation to appear before the required court on his own, direct the United States marshal to arrange for that person's means of noncustodial transportation to the place where his appearance is required, and in addition may direct the United States marshal to furnish that person with an amount of money for subsistence expenses to his destination."

18 U.S.C. § 4285.

      WHEREFORE, in the interests of justice, Mr. Lucas requests that this Court order the marshals to arrange and/or reimburse Mr. Lucas for his transportation to Montgomery, as well as to furnish Mr. Lucas with money for subsistence expenses.

      Dated this 29th day of July, 2008.

      Respectfully submitted,

      s/ Danielle W. Mason
      DANIELLE W. MASON
      Federal Defenders
      201 Monroe Street, Suite 407
      Montgomery, Alabama 36104
      Phone: (334) 834-2099
      Fax: (334) 834-0353
      E-mail: daniell_mason@fd.org
      ASB-6763L75M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:08-CR-36-MHT |
| ) | |
| PAUL DENNIS LUCAS ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Nathan D. Stump, Esq., Assistant U. S. Attorney.

Respectfully submitted,

s/ Danielle W. Mason
DANIELLE W. MASON
Federal Defenders
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: danielle_mason@fd.org
ASB-6763L75M