IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO: 2:08cr36-MHT |
| | ) | |
| PAUL DENNIS LUCAS | ) | |

**ORDER ON MOTION**

Pending before the Court is Defendant's Motion For Transportation To Court Proceedings (Doc. #16). For good cause, it is

ORDERED that the Motion (Doc. #16) is DENIED in part. The Court will not order the United States Marshal's Service to arrange Lucas's transportation to Montgomery to attend the suppression hearing. However, the Court will hold a hearing on the issue of reimbursement for travel expenses on 31 July 2008, at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse, One Church Street, Montgomery, Alabama. At that time, Defendant shall have the burden of providing the Court with sufficient financial information and documentation to allow the Court to conduct an appropriate financial inquiry.

DONE this 29th day of July, 2008.

_____    /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE