IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No.: 2:08-CR-36-MHT |
| | ) |
| PAUL DENNIS LUCAS | ) |

**NOTICE OF WITHDRAWAL OF DEFENDANT'S MOTION TO SUPPRESS**

**COMES NOW** the defendant, Paul D. Lucas, by and through undersigned counsel, Danielle W. Mason, and provides this Court with notice of withdrawal of the motion to suppress filed with this Court on July 24, 2008. Counsel for the government has been notified thereof.

Dated this 31st day of July, 2008.

Respectfully submitted,

s/ Danielle W. Mason
DANIELLE W. MASON
Federal Defenders
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: danielle_mason@fd.org
ASB-6763L75M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:08-CR-36-MHT |
| | ) | |
| PAUL DENNIS LUCAS | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Nathan D. Stump, Esq., Assistant U. S. Attorney.

Respectfully submitted,

s/ Danielle W. Mason
DANIELLE W. MASON
Federal Defenders
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: danielle_mason@fd.org
ASB-6763L75M