IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                    ) | Case No.: 2:08-CR-36-MHT |
| ) | |
| PAUL DENNIS LUCAS                     ) | |

**RENEWED MOTION FOR REIMBURSEMENT OF TRANSPORTATION EXPENSES TO COURT PROCEEDINGS**

  **COMES NOW** the defendant, Paul D. Lucas, by and through undersigned counsel, Danielle W. Mason, and moves this Court to order the United States Marshals to reimburse Mr. Lucas' travel expenses associated with his appearance for court proceedings pursuant to 18 U.S.C. § 4285. In support of this motion, undersigned counsel submits the following:

  1. On or about February 12, 2008, an indictment was filed charging Mr. Lucas with two counts of copyright infringement in violation of Title 17 United States Code, Section 506(a)(1)(A) and Title 18, United States Code, Section 2319(b)(1).

  2. On Thursday, July 24, 2008, undersigned counsel filed a Motion to Suppress in compliance with this Court's Order on Arraignment. This Court ordered a hearing on the suppression motion on Friday, July 25, 2008.

  3. On July 29, 2008, undersigned counsel filed a Motion for Transportation to Court Proceedings. This Court denied the motion in part, but set a hearing for the issue of reimbursement for travel expenses on July 31, 2008. The Order on Motion required Mr. Lucas to provide sufficient financial information and documentation in support of the reimbursement.

  4. Because Mr. Lucas was traveling from Texas by bus, he had to depart on July 29, 2008. Mr. Lucas was already en route to Montgomery when this Court set the issue for

reimbursement for hearing. Therefore, Mr. Lucas did not have the required documentation needed to support the request for reimbursement. This Court requested that a renewed motion on the matter be filed with supporting documentation attached.

4. Mr. Lucas appeared before this Court on July 31, 2008; however, it was financially burdensome for Mr. Lucas to make the trip. Mr. Lucas incurred $150.50 in transportation expenses associated with this appearance. Copies of the bus tickets are attached.

5. Attached to this motion are documents, including copies of Mr. Lucas' check stubs from his employment, as well as copies of invoices for various financial obligations. These documents demonstrate Mr. Lucas' financial hardship.

5. Pursuant to Title 18 of the United States Code, section 4285,

> "[a]ny judge or magistrate judge of the United States. . .may, when the interests of justice would be served thereby and the United States judge or magistrate judge is satisfied, after appropriate inquiry, that the defendant is financially unable to provide the necessary transportation to appear before the required court on his own, direct the United States marshal to arrange for that person's means of noncustodial transportation to the place where his appearance is required, and in addition may direct the United States marshal to furnish that person with an amount of money for subsistence expenses to his destination."

18 U.S.C. § 4285.

WHEREFORE, in the interests of justice, Mr. Lucas requests that this Court order the United States marshals to reimburse Mr. Lucas for his transportation to Montgomery for his suppression hearing.

Dated this 20th day of August, 2008.

Respectfully submitted,

s/ Danielle W. Mason
DANIELLE W. MASON
Federal Defenders
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: danielle_mason@fd.org
ASB-6763L75M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:08-CR-36-MHT |
| ) | |
| PAUL DENNIS LUCAS ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Nathan D. Stump, Esq., Assistant U. S. Attorney.

Respectfully submitted,

s/ Danielle W. Mason
DANIELLE W. MASON
Federal Defenders
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: danielle_mason@fd.org
ASB-6763L75M