IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | CASE NO. 2:08cr36-MHT |
| ) | |
| **PAUL DENNIS LUCAS** ) | |

**NOTICE OF BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY**

COMES NOW the United States Attorney's Office for the Middle District of Alabama, by and through the undersigned Assistant United States Attorney, and hereby files the following Bill of Particulars:

Through the violations of Title 17, United States Code, Section 506(a)(1)(A) and Title 18, United States Code, Section 2319(b)(1) as alleged in Counts 1 and 2 of the indictment, which are punishable by imprisonment of more than one year, the United States seeks forfeiture of the following property pursuant to Title 17, United States Code, Section 506(b); Title 17, United States Code, Section 509; and Title 28, United States Code, Section 2461(c):

> Approximately 622 counterfeit movie DVDs and approximately 749 counterfeit music CDs seized from defendant's vehicle on May 18, 2007;
>
> One multi-DVD duplicator and approximately 650 counterfeit movie DVDs seized from defendant's residence on May 18, 2007.

Respectfully submitted this 20th day of August, 2008.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        **/s/Tommie Brown Hardwick**
        TOMMIE BROWN HARDWICK
        Assistant United States Attorney
        Bar Number: ASB4152 W86T
        131 Clayton Street
        Montgomery, Alabama 36104
        Phone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: tommie.hardwick@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

        Respectfully submitted,

        **/s/Tommie Brown Hardwick**
        TOMMIE BROWN HARDWICK
        Assistant United States Attorney