**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

August 20, 2008

# NOTICE OF DEFICIENCY

| | |
|---|---|
| To: | Danielle Mason |
| From: | Clerk's Office |
| Case Style: | USA vs.PAUL DENNIS LUCAS |
| Case Number: | 2:08cr36-MHT |
| Referenced Pleading: | Supplemental Financial Documentation (Attachment to Document 23 Renewed Motion for Reimbursement of Transportation Expenses to Court Proceedings by Paul Dennis Lucas) |

**A Notice of Deficiency has been filed in the above referenced case to reflect that the above referenced pleading is deficient in that the document contains sensitive material that should not have been filed without a motion to file under seal. Please file the appropriate motion to seal as soon as possible.**