IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:08-CR-36-MHT |
| | ) | |
| PAUL DENNIS LUCAS | ) | |

## DEFENDANT'S MOTION TO SEAL

**NOW COMES** the Defendant, Paul Dennis Lucas, by and through Undersigned Counsel, Danielle W. Mason, and moves this Court to enter an Order *placing under seal* Mr. Lucas' financial documents, Document Number 23.  Because the financial documents contain attorney/client privileged information, Undersigned Counsel respectfully requests that this document be filed *under seal* and remain under seal until further Order of this Court.

**WHEREFORE**, the Defendant respectfully requests that this Motion be granted.

Dated this 20th day of August 2008.


Respectfully submitted,

s/ Danielle W. Mason
DANIELLE W. MASON
Federal Defenders
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: danielle_mason@fd.org
ASB-6763L75M

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **v.** | **)** | **Case No.: 2:08-CR-36-MHT** |
| | **)** | |
| **PAUL DENNIS LUCAS** | **)** | |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2008, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to the following:

Nathan D. Stump, Esq., Assistant U. S. Attorney.

Respectfully submitted,

s/ Danielle W. Mason
DANIELLE W. MASON
Federal Defenders
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: danielle_mason@fd.org
ASB-6763L75M