## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:08-CR-36-MHT |
| ) | |
| PAUL DENNIS LUCAS ) | |

### UNOPPOSED MOTION TO CONTINUE

**COMES NOW** the defendant, Paul D. Lucas, by and through undersigned counsel, Danielle W. Mason, and moves this Court to continue the trial date currently set for September 22, 2008 and all trial related deadlines. In support of the continuance, undersigned counsel submits the following:

1. On or about February 12, 2008, an indictment was filed charging Mr. Lucas with two counts of copyright infringement in violation of Title 17 United States Code, Section 506(a)(1)(A) and Title 18, United States Code, Section 2319(b)(1).

2. Prior to the indictment being filed, Mr. Lucas changed his permanent residence from Montgomery, Alabama to Little Elm, Texas.

3. Because of the distance between Montgomery and Little Elm, Mr. Lucas is financially unable to make repeated trips to Montgomery for court proceedings. As such, all parties have agreed to transfer this action to the district where Mr. Lucas currently resides pursuant to Rule 20 of the Federal Rules of Criminal Procedure.

4. The process for this Rule 20 transfer is paperwork intensive and it will take time for all of the documentation to be completed and filed in the appropriate jurisdiction. Both parties agree that this process will exceed the current deadlines imposed in this matter.

5. Undersigned counsel is authorized to state that government counsel does not oppose

this request.

    WHEREFORE, for the above mentioned reasons, undersigned counsel respectfully requests that this unopposed motion to continue be granted.

    Dated this 4th day of September, 2008

    Respectfully submitted,

    s/ Danielle W. Mason
    DANIELLE W. MASON
    Federal Defenders
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: danielle_mason@fd.org
    ASB-6763L75M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:08-CR-36-MHT |
| | ) | |
| PAUL DENNIS LUCAS | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Nathan D. Stump, Esq., Assistant U. S. Attorney.

Respectfully submitted,

s/ Danielle W. Mason
DANIELLE W. MASON
Federal Defenders
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: danielle_mason@fd.org
ASB-6763L75M